UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NICOLE CASANOVA,

                Plaintiff,

      v.

OMEGA INSTITUTE FOR HOLISTIC STUDIES,
INC.; and ELISABETH GIGLIO, INDIVIDUALLY,

                Defendants.
-----------------------------------------------------------------x

MEMO ENDORSED
15-CV-08819 (CS)

STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/2016

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, attorneys for the respective parties hereto, that Claims 9-12 of the Amended Complaint, as set forth on Pages 33-36 of the Amended Complaint, in the above entitled action are hereby dismissed with prejudice and on the merits, and without costs or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a).

DATED:  New York, New York
            August 10, 2016

The Law Offices of Gail I. Auster

By: _____
Gail Auster
17 Battery Place, Suite 711
New York, New York 10004
Tel.: (212) 864-3461
Fax: (212) 864-2228

DATED:  New York, New York
            August ___, 2016

EUSTACE, MARQUEZ, EPSTEIN,
PREZIOSO & ARICOLD

By: _____
Gregory R. Bennett
55 Water Street, 29th Floor
New York, New York 10041
Tel.: (212) 612-4200
Fax: (212) 612-4284

SO ORDERED:

_Cathy Seibel_ 9/19/16
Cathy Seibel, U.S.D.J.

The Clerk shall close the case.